IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRAVONE WILLIAMS,<br>AIS # 182001,<br><br>    Plaintiff,<br>v.<br><br>TONY D. PETERSON and<br>SGT. THOMAS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) CASE NO. 2:25-CV-813-WKW<br>) [WO]<br>)<br>)<br>)<br>) |

## ORDER

Plaintiff Travone Williams, an inmate proceeding *pro se*, filed this action under 42 U.S.C. § 1983. (Doc. # 1.) On December 18, 2025, the court issued an Order granting Plaintiff leave to proceed *in forma pauperis* and directing him to pay an initial partial filing fee of $10.00 on or before January 5, 2026 ("December 18 Order"). (Doc. # 9.) The December 18 Order cautioned Plaintiff that his failure to pay the initial partial filing fee as directed would result in the dismissal this action. (Doc. # 9 at 5.) On January 20, 2026, Plaintiff filed a declaration in support of his motion to proceed *in forma pauperis* (Doc. # 10) and his prisoner trust fund account statement from July 2025 (Doc. # 11). However, Plaintiff already has been granted leave to proceed *in forma pauperis*, and an initial partial filing fee has been assessed. (Doc. # 9.)

To date, Plaintiff has not paid the initial partial filing fee as directed. Because Plaintiff has failed to comply with the court's December 18 Order, this case is due to be dismissed without prejudice. A district court "may dismiss a case under its inherent authority, which it possesses as a means of managing its own docket so as to achieve the orderly and expeditious disposition of cases." *McNair v. Johnson*, 143 F.4th 1301, 1306–07 (11th Cir. 2025) (cleaned up). However, the Eleventh Circuit has instructed that before dismissing an action for a prisoner's failure to pay a court-ordered initial partial filing fee, the district court must take reasonable steps to determine whether the prisoner attempted to comply with the order, such as by authorizing payment by prison officials. *See Wilson v. Sargent*, 313 F.3d 1315, 1320–21 (11th Cir. 2002) (per curiam). Giving Plaintiff a reasonable opportunity to respond to a show-cause order satisfies this requirement. *See id.* at 1321.

Based on the foregoing, it is ORDERED that Plaintiff shall show cause, if there be any, on or before **February 11, 2026**, why this action should not be dismissed without prejudice for his failure to pay the $10.00 initial partial filing fee as directed. If funds have been dispersed from Plaintiff's account in the time since his initial partial filing fee was assessed, and the funds are no longer available to him, Plaintiff must arrange for payment of the fee upon receipt of additional funds in his account. If Plaintiff is unable to pay the initial partial filing fee, he must inform the court and request an extension of time to pay the fee.

DONE this 21st day of January, 2026.

                                        /s/ W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE